IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEVRON CORPORATION<br><br>and<br><br>TEXACO PETROLEUM COMPANY,<br><br>Petitioners<br><br>v.<br><br>THE REPUBLIC OF ECUADOR,<br><br>Respondent | Civil Action No. 12-cv-01247 (JEB) |

## NOTICE OF APPEAL

Under Federal Rules of Appellate Procedure 3 and 4(a), Respondent The Republic of Ecuador hereby provides notice of its appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the June 6, 2013 Memorandum Opinion (ECF No. 30) and Order (ECF No. 29) of the U.S. District Court for the District of Columbia (Hon. James E. Boasberg) granting Petitioners' Motion to Confirm An Arbitral Award, confirming the Award, and entering judgment for Petitioners and against The Republic of Ecuador.

True and correct copies of the district court's Opinion and Order are attached as Exhibits A and B, respectively.

July 1, 2013                                  Respectfully submitted,

                                              s/ *Mark N. Bravin*
                                              Mark N. Bravin (D.C. Bar #249433)
                                              WINSTON & STRAWN LLP
                                              1700 K Street NW
                                              Washington, DC  20006
                                              (202) 282-5938
                                              (202) 282-5100 (fax)

                                              *Counsel for Respondent The Republic of Ecuador*

**CLERK**   Please mail copies of the foregoing Notice of Appeal to the following:

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC  20006
(202) 626-2907

Edward G. Kehoe
Caline Mouawad
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2246

Brian A. White
KING & SPALDING LLP
1180 Peachtreet Street NE
Atlanta, GA  30309
(404) 572-4739

*Counsel for Petitioners Chevron Corp. and Texaco Petroleum Corp.*

Mark J. Langer
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue NW
Room 5205
Washington, DC  20001
(202) 216-7300

*Clerk of the U.S. Court of Appeals for the District of Columbia Circuit*